## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| JUSTAN ADAMS, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | No.  1:19-cv-00214-GZS |
| | ) | |
| NURSE AT RIVERVIEW HOSPITAL | ) | |
| et al., | ) | |
| | ) | |
| **Defendants** | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 5) filed June 12, 2019, the Recommended Decision is **AFFIRMED**.

It is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2).

 _/s/ George Z. Singal___
United States District Judge

Dated this 15th day of July, 2019.